EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.C., | ) No. 2:25cv3626 WBS SCR |
| | ) |
| Plaintiff, | ) **ORDER GRANTING MOTION TO** |
| | ) **PROCEED UNDER A PSEUDONYM** |
| vs. | ) |
| | ) |
| CALIFORNIA DEPARTMENT OF | ) |
| CORRECTIONS AND REHABILITATION; | ) |
| LORENZO LEE, in his individual capacity; | ) |
| [FIRST NAME UNKNOWN] CRONE, in her | ) |
| individual capacity; ST. JOHN'S PROGRAM | ) |
| FOR REAL CHANGE; DOES 1 through 20. | ) |
| | ) |
| Defendants. | ) |

*J.C. v. CDCR, et al.*
Order Granting Motion to Proceed Under a Pseudonym - 1

GOOD CAUSE APPEARING, Plaintiff is permitted to proceed in this matter using only her initials, J.C.

IT IS SO ORDERED.

Dated: April 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE