UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J.C., | No.  2:25-cv-3626 WBS SCR |
| Plaintiff, | |
| v. | NON-RELATED CASE ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; LORENZO LEE, in his individual capacity; [FIRST NAME UNKNOWN] CRONE, in her individual capacity; ST. JOHN'S PROGRAM FOR REAL CHANGE; DOES 1 through 20, | |
| Defendants. | |
| H.M., | No. 2:26-cv-00134 WBS DMC |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; LORENZO LEE, in his individual capacity; ST. JOHN'S PROGRAM FOR REAL CHANGE; DOES 1 through 20, | |
| Defendants. | |

1

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed on January 29, 2026. See Local Rule 123.  The court, however, FINDS that the cases are not sufficiently related to justify assignment to the same Magistrate Judge, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated:  April 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2