ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **J.C.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:25-cv-03626-WBS SCR<br><br>**SECOND STIPULATED REQUEST TO EXTEND RESPONSIVE PLEADING DEADLINE; AND ORDER**<br><br>Judge:   The Honorable Sean C. Riordan<br>Trial Date:   Not Set<br>Action Filed:  December 16, 2025 |

Plaintiff J. C. and Defendant California Department of Corrections and Rehabilitation (CDCR), by and through their attorneys of record, stipulate and request a fourteen-day extension of time for all served Defendants to file a responsive pleading to Plaintiff's complaint, from April 27, 2026, to May 11, 2026.

Pursuant to Federal Rule of Civil Procedure 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1) (cleaned up).

Good cause exists to extend the responsive pleading deadline because counsel for CDCR was only recently assigned to this case and needs additional time to review the complaint and

1

determine the appropriate response.  Counsel for CDCR also needs additional time to determine whether it can represent and accept service for Defendant Crone.  If counsel can represent Defendant Crone, extending the responsive pleading deadline will allow Defendants CDCR and Crone to serve a single responsive pleading, which promotes judicial economy.

**IT IS SO STIPULATED.**

Dated:  April 23, 2026                              Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General


***/s/ Brian S. Chan***
BRIAN S. CHAN
Deputy Attorney General
*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

Dated: April 23, 2026.                              SIEGAL, YEE, BRUNNER & MEHTA

By:  **/s/ EmilyRose Johns**
*(as authorized on April 23, 2026)*
EmilyRose Johns
*Attorneys for Plaintiff J.C.*

SA2026300822
39801483

2

# ORDER

Good cause appearing, the stipulated request to extend the responsive pleading deadline for all served Defendants is extended from April 27, 2026, to May 11, 2026.

**IT IS SO ORDERED**.

Dated:  April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Second Stipulated Request to Extend Responsive Pleading Deadline; Order    (2:25-cv-03626 SCR)