ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-7368
 Fax:  (916) 324-5205
 E-mail:  Brian.Chan@doj.ca.gov
*Attorneys for Defendant Carone*

SHAWN C. LOORZ, State Bar # 250985
SHARON R. WITKIN, State Bar # 362060
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA 95670
Tel: (916) 443-4849 Fax: (916) 443-4849
Email:  shawn.loorz@llg-law.com
          Sharon.witkin@llg-law.com

Attorneys for Defendant
ST. JOHN'S PROGRAM FOR REAL CHANGE

EMILYROSE JOHNS, SBN 294319
**SIEGEL, YEE, BRUNNER & MEHTA**
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **J.C.,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**CALIFORNIA DEPARMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | 2:25-cv-03626-WBS SCR (PC)<br><br>**STIPULATION AND ORDER TO THE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT ST. JOHN'S PROGRAM FOR REAL CHANGE'S ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:        The Hon. William B. Shubb<br>Trial Date:    Not Set<br>Action Filed:  December 16, 2025 |

1

Upon the Court's request, Defendants St. John's Program for Real Change (St. John's) and Carone, and Plaintiff J.C., by and through their counsel of record, stipulate to the filing of Plaintiff's May 11, 2026, First Amended Complaint (ECF No. 26) and the filing of Defendant St. John's May 26, 2026, Answer to Plaintiff's First Amended Complaint (ECF No. 27).

On December 16, 2025, Plaintiff initiated this action by filing a complaint against California Department of Corrections and Rehabilitation (CDCR), Crone, St. Johns, and Lee. (ECF No. 1.)  On February 26, 2026, the Court extended the deadline for Defendants to file a responsive pleading to April 27, 2026.  (ECF No. 12.)  In late April 2026, the Court extended the deadline for Defendants CDCR and St. John's to file a responsive pleading to May 11, 2026. (ECF No. 24.)

Prior to May 11, 2026, Plaintiff and CDCR met and conferred regarding CDCR's potential motion to dismiss the complaint.  On May 11, 2026, Plaintiff indicated she would file an amended complaint that day to dismiss CDCR.  Later that same day, Defendant St. John's filed an answer to Plaintiff's complaint.  (ECF No. 25.)  Shortly thereafter and pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed a First Amended Complaint omitting CDCR as a defendant in this case.  (ECF No. 26.)  On May 26, 2026, Defendant St. John's filed an answer to Plaintiff's First Amended Complaint.  (ECF No. 27.)

The parties now stipulate to the filing of Plaintiff's First Amended Complaint and Defendant St. John's answer to Plaintiff's First Amended Complaint.  (ECF Nos. 24, 25.)  CDCR is no longer a party to this action.  (*See* ECF No. 24.)  Defendant Lee, who is not represented by the Attorney General's Office, has not yet appeared in this action.  (*See* Docket.)  Defendant Carone was served with the First Amended Complaint and the summons on May 26, 2026, and pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), will be filing her responsive pleading by June 16, 2026.  Accordingly, the parties' request the Court permit Plaintiff's First Amended Complaint to be the operative complaint in this matter and deem Defendant St. John's answer as filed.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated:  June 8, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

*/s/ Brian S. Chan*
BRIAN S. CHAN
Deputy Attorney General
*Attorneys for Defendant Carone*

Dated:  June 8, 2026                    Respectfully submitted,

**SIEGAL, YEE, BRUNNER, & MEHTA**

*/s/ EmilyRose Johns*
EMILYROSE JOHNS
(as authorized June 8, 2026)
*Attorneys for Plaintiff*

Dated:  June 8, 2026                    Respectfully submitted,

**LEVANGIE LONG LOORZ**

*/s/ Sharon R. Witkin*
SHAWN C. LOORZ
SHARON R. WITKIN
(as authorized June 5, 2026)
Attorneys for Defendant ST. JOHN'S
PROGRAM FOR REAL CHANGE

SA2026300822
39894098

3

**ORDER**

Good cause appearing, the stipulation is entered.

**IT IS SO ORDERED.**

Dated:  June 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order to Filing of Pl.'s First Am. Compl. & Def. St. John's Answer
(2:25-cv-03626-WBS SCR (PC))