EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: emilyrose@siegelyee.com

*Attorneys for Plaintiff*

ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7368
Fax: (916) 324-5205
E-mail: Brian.Chan@doj.ca.gov

*Attorneys for Defendant Carone*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., | ) Case No. 2:25-cv-03626-WBS-SCR |
|        Plaintiff, | ) **JOINT STIPULATION AND ORDER** |
|        vs. | ) **SETTING BRIEFING SCHEDULE ON** ) **MOTION TO DISMISS** |
| LORENZO LEE, in his individual capacity; JESSICA CARONE, in her individual capacity; ST. JOHN'S PROGRAM FOR REAL CHANGE; DOES 1 through 20. | ) Case Filed:    December 16, 2025 ) Trial Date:    None set ) Judge:       Hon. William B. Shubb |
|        Defendants. | ) |

Plaintiff J.C. and Defendant Jessica Carone (collectively, the "Parties") respectfully submit this joint stipulation.

WHEREAS, on June 16, 2026, Defendant Carone filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 30);

WHEREAS, Plaintiff's counsel EmilyRose Johns just concluded a five-week criminal trial;

WHEREAS, Plaintiff's counsel is also currently transitioning firms and offices;

WHEREAS, in light of this, Plaintiff's counsel requested a modest modification to the briefing schedule, to which Defendant's counsel kindly agreed;

---

*J.C. v. Lee, et al.*, No. 2:25-cv-03626-WBS-SCR
Joint Stipulation and Order Setting Briefing Schedule - 1

NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND PROPOSE as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opposition to Motion to Dismiss | June 30, 2026 | July 14, 2026 |
| Reply to Motion to Dismiss | July 7, 2026 | July 28, 2026 |
| Hearing on Motion to Dismiss, 1:30 p.m. | September 28, 2026 | *Unchanged* |

This is the first request to extend the deadlines.

Respectfully submitted,

Dated: June 25, 2026          SIEGEL, YEE, BRUNNER & MEHTA

By:_____
          EmilyRose Johns

*Attorneys for Plaintiff*

Dated: June 25, 2026          ROB BONTA
                              Attorney General of California
                              TYLER V. HEATH
                              Supervising Deputy Attorney General

By:___/s/ *Brian Chan*_____
          Brian Chan

*Attorneys for Defendant*

*J.C. v. Lee, et al.*, No. 2:25-cv-03626-WBS-SCR
Joint Stipulation and Order Setting Briefing Schedule - 2

**ORDER**

Pursuant to the stipulation of the parties and good cause showing, the Court sets the following briefing schedule:

| Event | Deadline |
|---|---|
| Opposition to Motion to Dismiss | July 14, 2026 |
| Reply to Motion to Dismiss | July 24, 2026 |
| Hearing on Motion to Dismiss, 1:30 p.m. | September 28, 2026 |

**IT IS SO ORDERED.**

Dated:  June 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE